MANDOUR & ASSOCIATES, APC
JOSEPH A. MANDOUR, III (SBN 188896)
Email: jmandour@mandourlaw.com
BEN T. LILA (SBN 246808)
Email: blila@mandourlaw.com
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300

Attorneys for plaintiff,
Alkam Home Fashion, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alkam Home Fashion, Inc., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Legacy Decor, a California corporation,<br><br>　　　　Defendant. | **Civil Case No. 8:23-cv-01177**<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Alkam Home Fashion, Inc., by and through its counsel, alleges for its complaint against defendant Legacy Decor as follows:

## NATURE OF THE ACTION

1. This Court has subject matter jurisdiction pursuant to 17 U.S.C. § 501, *et seq*. (copyright infringement) and 28 U.S.C. §§ 1331 (federal question jurisdiction), 1338(a) and 1338(b) and supplemental jurisdiction for any state causes of action.

## THE PARTIES

2. Plaintiff Alkam Home Fashion, Inc. ("Alkam Home Fashion") is a corporation organized under the laws of the State of California with its principal place of business in Buena Park, California.

3. Defendant Legacy Decor is a corporation organized under the laws of the State of California with, on information and belief, its principal place of business at 1201 E. Ball Road, Suite X, Anaheim, CA 92805.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this lawsuit under 28 U.S.C. § 1338, because, *inter alia,* the action arises under the copyright laws of the United States.

5. This Court has personal jurisdiction over defendant Legacy Decor, because it is a California corporation residing in the Central District of California. Also, Defendant consented to personal jurisdiction in this District in a written notice. A true and correct copy of defendant's Notice is attached hereto as Exhibit A.

6. Venue is proper and reasonable in this district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to these claims for copyright infringement occurred in this district and defendant resides in the District.

# FACTS

7. Plaintiff Alkam Home Fashion is a corporation engaged in the development, sale and marketing of linen design products.

8. Shanghai Honour Industry Co. Ltd. is a Chinese Limited Company that is the author of a certain copyright linen design works entitled "AHF-300-7915" and "AH-300-4048". Exemplary images showing the copyright works are attached hereto as Exhibit B.

9. Alkam Home Fashion is the owner and assignee of the AHF-300-7915 and AH-300-4048 copyrights.

10. The AHF-300-7915 and AH-300-4048 copyrights are the subject of Alkam Home Fashion' U.S. Copyright Registration Nos. VA0002172662 and VA0002172660, respectively. True and correct copies of the U.S. Copyright Office's reports regarding the copyright registrations are attached hereto as Exhibit C.

11. Legacy Decor is a corporation that is also engaged in the sale and marketing of linen design products.

12. On information and belief, Legacy Decor accessed the AHF-300-7915 and AH-300-4048 design by seeing Alkam Home Fashion's products. Legacy Decor then made or had made infringing products based on copies of the designs.

13. Legacy Decor's infringing products are identical, and/or at a minimum substantially similar, to Alkam Home Fashion' copyright designs. An exemplary, true and correct copy of Legacy Decor's website and Amazon listings with its products comprising the infringing designs is attached hereto as Exhibit D.

14. Defendant's copying, republication and exploitation of plaintiff's copyrighted works was without authorization from plaintiff. Defendant's copying was willful, oppressive, malicious and done with wrongful intent to infringe the rights of plaintiff.

## CLAIMS OF RELIEF

### FIRST CLAIM OF RELIEF

### (Copyright Infringement – 17 U.S.C. § 501)

15. Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 15 of the complaint as though fully set forth herein.

16. At all times relevant hereto, plaintiff has been the owner, author and/or assignee of all copyright rights or rights to assert copyright claims for its works and all derivative works.

17. Without authorization, defendant used, copied, reproduced, and republished the copyrighted material. Defendant's copying, reproduction, and republication were commercial in character and purpose. Defendant either completely or substantially used plaintiff's copyrighted content. Because the copying was for commercial purposes, it did not constitute fair use under any doctrine of copyright law.

18. Plaintiff did not authorize defendant's copying, displaying, or republishing of the works. Defendant infringed the copyrights of plaintiff's creative works by, *inter alia,* reproducing, republishing, publicly displaying, and creating derivates of the works.

19. As a result of defendant's infringement, plaintiff has suffered, and will continue to suffer, substantial losses.

20. Defendant knew the infringed works belonged to plaintiff and that they did not have authorization to exploit plaintiff's works. Defendant's infringements were, therefore, willful.

21. On information and belief, defendant induced, caused and materially

contributed to the infringing acts of others by encouraging, inducing, allowing, and assisting others to reproduce and republish plaintiff's works. Further, on information and belief, defendant had knowledge of the infringing acts of others relating to plaintiff's copyrighted works.

22. On information and belief, defendant has the right and ability to control the infringing acts of the individuals and entities that directly infringed plaintiff's works. Further, on information and belief, defendant obtained a direct financial benefit from the infringing activities of the individuals or entities that directly infringed plaintiff's works.

23. Defendant's actions, as set forth above, constitute copyright infringement in violation of the Copyright Act, 17 U.S.C. § 501, *et seq.*, all to the damage of plaintiff as previously alleged.

24. By reason of the foregoing unlawful acts recited in the above paragraphs, plaintiff has been irreparably harmed and will continue to suffer damage until an appropriate injunction and damages award are imposed by this Court against defendant.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks that this Court grant judgment against defendants for the following:

A. Defendant, its officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of them, be permanently enjoined from:
  i. infringing plaintiff's copyrighted works;
  ii. indirectly, contributorily, or vicariously infringing plaintiff's copyrighted works; and,
  iii. conspiring, encouraging, inducing, allowing, abetting, or assisting others in performing any of the activities referred to in

subparagraphs (i) - (ii) above.

B. Defendant shall file with the Court and serve on plaintiff, within 30 days after the entry and service on defendant of an injunction, a report in writing and attested to under penalty of perjury setting forth in detail the manner and form in which defendants has complied with the provisions of subparagraph (A) above.

C. Plaintiff be awarded statutory damages for prosecuting this action.

D. Plaintiff recovers all damages it has sustained as a result of defendant's infringement.

E. Plaintiff be awarded enhanced damages due to defendant's willful infringement.

F. Plaintiff be awarded its reasonable attorneys' fees for prosecuting this action to the full extent allowable by 17 U.S.C. § 505 or other related statute.

G. Plaintiff recovers its costs of this action and pre-judgment and post-judgment interest, to the full extent allowed by law.

H. Plaintiff receives all other relief the Court deems appropriate.

Respectfully submitted,

Date: June 30, 2023           MANDOUR & ASSOCIATES, APC


    /s/ Ben T. Lila
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
Attorneys for plaintiff,
Alkam Home Fashion, Inc.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by the jury on its claims herein and all issues and claims so triable in this action.

Respectfully submitted,

Date: June 30, 2023          MANDOUR & ASSOCIATES, APC


  /s/ Ben T. Lila
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
Attorneys for plaintiff,
Alkam Home Fashion, Inc.

**EXHIBIT A**

EXHIBIT A

 American Linen <support@americanlinenrugs.com>

## We've received a counter notice for your Amazon.com report

**no-replies-appeal@amazon.com** <no-replies-appeal@amazon.com>  Thu, Jun 22, 2023 at 7:08 AM
To: amazon.us@americanlinenrugs.com

Hello,

We have received a counter-notice, from an Amazon seller, to your report(s) of posting, hosting and/or distributing unlicensed copyright protected material on our network. Below are the details of the complaint and ASIN targeted in the complaint.

Complaint ID: 13079500041
ASIN: B0BFHBF142
Title: Legacy Decor 3 PCS Quilt Reversible Bedspread Coverlet Blue & White Patchwork Design Ultra Soft Microfiber Oversized Queen 100" W x 106" L

The counter notice submitted is provided below for your records. We will allow this material to become accessible, unless you provide us with notice that a lawsuit has been filed against the counter-noticing party within 10 business days. Please ensure a copy of the lawsuit is sent to ip-info-request@amazon.com to help ensure efficient processing. Note, that if a copy of the lawsuit is not provided within 10 business days, the identified content above will be reinstated.

ASIN: B0BFHBF142 SKU: FBA Wesley -Q Complaint ID: 13079500041 Submission type: dispute  You recently provided me with a copy of a Notice of Infringement under the Digital Millennium Copyright Act (DMCA). This letter is a Counter-Notification as authorized in � 512(g) of the DMCA. I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. I therefore request that the material be replaced and/or no longer disabled.  The material in question formerly appeared on Amazon website with Amazon Standard Identification Number (ASIN): B0BFHBF142  My contact information is as follows:    Full Legal Name: Mohammed Hilal  Email Address: mhilal@legacydecor.com  Mailing Address: 1201 E Ball Rd # X, Anaheim Ca 92805  Phone Number: (213)604-0612  ?? (I) I am located in the United States and I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located (OR) I am located outside of the United States and I consent to the jurisdiction of any judicial district in which Amazon may be found.  ?? (II) I agree to accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person.  ?? (III) I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled.  ?? (IV) I declare under penalty of perjury under the laws of the United States of America that this Counter-Notification and all statements therein are true and correct.  ?? (V) I ACKNOWLEDGE THAT PROVIDING FALSE STATEMENTS IN A COUNTER-NOTICE MAY LEAD TO CIVIL PENALTIES OR CRIMINAL PROSECUTION.  Enter your full name as a means of a digital signature.  Please note that by entering your full name you are providing us with your digital signature which is legally binding.  Mohammed Hilal

Thank You,
Amazon

EXHIBIT A

# EXHIBIT B

EXHIBIT B







EXHIBIT B







EXHIBIT B

# EXHIBIT C

EXHIBIT C

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0002172662 / 2019-08-22

Application Title: AHF-300-7915.

Title:             AHF-300-7915.

Description:       Electronic file (eService)

Copyright Claimant:
                   Alkam Home Fashion, Inc., Transfer: By written agreement.

Date of Creation:  2017

Date of Publication:
                   2017-01-01

Nation of First Publication:
                   China

Authorship on Application:
                   Shanghai Honour Industry Co. Ltd., employer for hire;
                      Domicile: China; Citizenship: China. Authorship:
                      photograph.

Rights and Permissions:
                   Jay Alkam, Trademark Pro's, 10231 Brookhurst St, Anaheim,
                      CA, 92804, United States, (714) 681-2369,
                      jay@alkamlaw.com

Names:             Shanghai Honour Industry Co. Ltd.
                   Alkam Home Fashion, Inc.

===============================================================================
```

EXHIBIT C

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0002172660 / 2019-08-22

Application Title: AH-300-4048.

Title:             AH-300-4048.

Description:       Electronic file (eService)

Copyright Claimant:
                   Alkam Home Fashion, Inc., Transfer: By written agreement.

Date of Creation:  2017

Date of Publication:
                   2017-01-01

Nation of First Publication:
                   China

Authorship on Application:
                   Shanghai Honour Industry Co. Ltd., employer for hire;
                      Citizenship: China. Authorship: photograph.

Rights and Permissions:
                   Trademark Pro's, 2039 W. Lafayette Drive, Anaheim, CA,
                      92801, United States

Names:             Shanghai Honour Industry Co. Ltd.
                   Alkam Home Fashion, Inc.

==============================================================================
```

EXHIBIT C

**EXHIBIT D**

EXHIBIT D





EXHIBIT D

-17-





EXHIBIT D

-18-



EXHIBIT D