# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Alkam Home Fashion, Inc., a California corporation

Plaintiff(s)

v.

Legacy Decor, a California corporation

Defendant(s).

CASE NUMBER

8:23-cv-01177-DOC-AJRx

**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [34]**

☒ The Court hereby orders that the request of:

__Legacy Decor__
Name of Party         ☐ Plaintiff  ☒ Defendant  ☐ Other

☒ to substitute  __Jaenam Coe__  who is
☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

__3731 Wilshire Blvd. Suite 500__
Street Address

__Los Angeles, CA 90010__          __coelaw@gmail.com__
City, State, Zip                    E-Mail Address

__213-389-1400__                                         __175920__
Telephone Number         Fax Number          State Bar Number

As attorney of record instead of  __Mandana Jafarinejad__

List **all** attorneys from same firm or agency who are withdrawing.

**Is hereby** ☒ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of:  __Mandana Jafarinejad__

List **all** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for    __LEGACY DECOR__

**Is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

*David O. Carter*

Dated: **April 25, 2024**                    U.S. District Judge