| | |
|---|---|
| 1 | MANDOUR & ASSOCIATES, APC |
| 2 | JOSEPH A. MANDOUR, III (SBN 188896) |
| | EMAIL: JMANDOUR@MANDOURLAW.COM |
| 3 | GORDON E. GRAY (SBN 175209) |
| 4 | EMAIL: GGRAY@MANDOURLAW.COM |
| | BEN T. LILA (SBN 246808) |
| 5 | EMAIL: BLILA@MANDOURLAW.COM |
| 6 | 8605 SANTA MONICA BLVD., SUITE 1500 |
| | LOS ANGELES, CA 90069 |
| 7 | TELEPHONE: (858) 487-9300 |

ATTORNEYS FOR PLAINTIFF,
ALKAM HOME FASHION, INC.

LAW OFFICES OF JAENAM COE PC
JAENAM J. COE (SBN 175920)
Email: coelaw@gmail.com
3731 Wilshire Blvd. Suite 910
Los Angeles, CA 90010
Telephone: 213-389-1400

Attorney for Defendant
LEGACY DÉCOR

### IN THE UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALKAM HOME FASHION, INC., a California Corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>LEGACY DÉCOR, a California corporation<br><br>　　　　　　　　Defendant.<br>_____<br>　　　　related counterclaims | Case No.: 8:23-CV-01177-DOC<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE**<br>**(L.R. 40-2)** |

Plaintiff, Alkam Home Fashion, Inc. ("Plaintiff" and "Cross-Defendant") and Defendant, Legacy Decor ("Defendant" and "Counterclaimant"), (collectively, the "Parties"), through their respective attorneys of record, hereby notify the Court that the parties have reached a global settlement of the entire case in principle and anticipate that a joint request for dismissal shall be filed within thirty (30) days.

Dated: June 5, 2024          MANDOUR & ASSOCIATES, APC

BY:___/s/ Ben T. Lila_____
    Ben T. Lila (SBN 246808)
    Email: blila@mandourlaw.com
    Attorneys for Plaintiff,
    Alkam Home Fashion, Inc.

Dated: June 5, 2024          LAW OFFICES OF JAENAM COE PC

BY:____/s/Jaenam Coe_____
    Jaenam J. Coe (SBN 175920)
    Email: coelaw@gmail.com
    Attorney for Defendant
    Legacy Decor