MANDOUR & ASSOCIATES, APC
JOSEPH A. MANDOUR, III (SBN 188896)
EMAIL: JMANDOUR@MANDOURLAW.COM
GORDON E. GRAY (SBN 175209)
EMAIL: GGRAY@MANDOURLAW.COM
BEN T. LILA (SBN 246808)
EMAIL: BLILA@MANDOURLAW.COM
8605 SANTA MONICA BLVD., SUITE 1500
LOS ANGELES, CA 90069
TELEPHONE: (858) 487-9300

ATTORNEYS FOR PLAINTIFF,
ALKAM HOME FASHION, INC.

LAW OFFICES OF JAENAM COE PC
JAENAM J. COE (SBN 175920)
Email: coelaw@gmail.com
3731 Wilshire Blvd. Suite 910
Los Angeles, CA 90010
Telephone: 213-389-1400

Attorney for Defendant
LEGACY DÉCOR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALKAM HOME FASHION, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEGACY DÉCOR, a California corporation<br><br>Defendant. | Case No.: 8:23-CV-01177-DOC<br><br>**STIPULATION AND JOINT REQUEST FOR DISMISSAL OF THE ENTIRE CASE WITH PREJUDICE** |

-1-

Plaintiff, Alkam Home Fashion, Inc. ("Plaintiff"), and Defendant, Legacy Decor ("Defendant"), (collectively, the "Parties"), through their respective attorneys of record, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, counterclaims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: July 17, 2024　　　　　　MANDOUR & ASSOCIATES, APC

　　　　　　　　　　　　　　　BY:　/s/Ben T. Lila　　　　
　　　　　　　　　　　　　　　　　Ben T. Lila (SBN 246808)
　　　　　　　　　　　　　　　　　Email: blila@mandourlaw.com
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　Alkam Home Fashion, Inc.

Dated: July 17, 2024　　　　　　LAW OFFICES OF JAENAM COE PC

　　　　　　　　　　　　　　　BY:　/s/ Jaenam J. Coe　　　
　　　　　　　　　　　　　　　　　Jaenam J. Coe (SBN 175920)
　　　　　　　　　　　　　　　　　Email: coelaw@gmail.com
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　Legacy Decor