IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALKAM HOME FASHION, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEGACY DÉCOR, a California corporation<br><br>Defendant. | Case No.: 8:23-CV-01177-DOC-AJR<br><br>**ORDER GRANTING STIPULATION AND JOINT REQUEST FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

On July 17, 2024, Plaintiff, Alkam Home Fashion, Inc. ("Plaintiff"), and Defendant, Legacy Decor ("Defendant"), (collectively, the "Parties"), through their respective attorneys of record, filed a Stipulation and Joint Request for Dismissal of Entire Case with Prejudice.

The Court, having considered Defendants' Request and finding good cause therefor, hereby GRANTS the Request and ORDERS as follows

1. The case is dismissed with prejudice as to all claims, counterclaims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

IT IS SO ORDERED.

Dated: July 17, 2024

                                                *David O. Carter*
                                                _____
HON. DAVID O. CARTER
United States District Court Judge